```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GLEN CARWELL,  :
                              Plaintiff,  :      21-CV-480 (VEC)
                                           :
              -against-  :
                                           :      <u>ORDER TO SHOW</u>
CITY OF NEW YORK, CARLOS LOZADA,  :         <u>CAUSE</u>
AND JOHN OR JANE DOE 1-10,  :
                                           :
                             Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 4, 2021, the Court ordered Plaintiff to file a letter on ECF by October 6, 2021 clarifying who is representing him.  Dkt. 16;

      WHEREAS to date, Plaintiff has not done so;

      IT IS HEREBY ORDERED that Plaintiff's counsel at Sim & DePaola, L.L.P. must, no later than **October 15, 2021**, show cause in writing why appropriate sanctions should not be imposed for failure to comply with this Court's October 4 order.

**SO ORDERED.**

Date: October 8, 2021
      New York, New York

                                                                **VALERIE CAPRONI**
                                                                 **United States District Judge**