```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GLEN CARWELL,                                                  :
                         Plaintiff,          :     21-CV-480 (VEC)
                                          :
        -against-                                   :
                                          :     <u>ORDER</u>
CITY OF NEW YORK, CARLOS LOZADA,                               :
AND JOHN OR JANE DOE 1-10,                                     :
                                          :
                        Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 20, 2022, Defendants notified the Court that Plaintiff had not appeared for his deposition on January 18, 2022, *see* Dkt. 27;

       WHEREAS on the same date, Defendant proposed staying all remaining discovery to allow Defendant to move for summary judgment on Plaintiff's claims, *see id.*;

       WHEREAS on January 21, 2022, the Court ordered Plaintiff, by January 26, 2022, to respond to Defendants' proposed actions, including: (1) the stay of remaining discovery pending Defendants' proposed motion for summary judgment; and (2) the proposed briefing schedule for Defendants' motion; *see* Dkt. 28; and

       WHEREAS to date Plaintiff has not responded to the Court's January 21, 2022 Order;

       WHEREAS a pretrial conference is currently scheduled for January 28, 2022 at 10:00 a.m., *see* Dkts. 22, 28;

       IT IS HEREBY ORDERED that the pretrial conference scheduled for January 28, 2022 is adjourned *sine die*;

       IT IS FURTHER ORDERED that Plaintiff must, no later than **February 10, 2022**, show cause in writing why this case should not be dismissed for failure to prosecute, in light of

Plaintiff's failure to attend his January 18 deposition and failure to respond to the Court's January 21 Order.

**SO ORDERED.**

**Date:  January 27, 2022**
      **New York, New York**

                                **VALERIE CAPRONI**
                                **United States District Judge**