```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GLEN CARWELL,

                Plaintiff,              21-CV-480 (VEC)

      -against-

                                        ORDER

CITY OF NEW YORK, CARLOS LOZADA,
AND JOHN OR JANE DOE 1-10,

                Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference was held on March 4, 2022;

       IT IS HEREBY ORDERED that Plaintiff's counsel must update their ECF profiles **today, March 4, 2022**;

       IT IS FURTHER ORDERED that Plaintiff's counsel has agreed to pay Defendants' costs incurred in arranging to take Plaintiff's deposition on January 18, 2022.  Once Plaintiff's counsel has done so, Defendants must certify via ECF that they have received payment.

       IT IS FURTHER ORDERED that discovery in this case is closed, subject to any motion to reopen after Defendants' motion for summary judgment has been decided.

       IT IS FURTHER ORDERED that Defendants' motion for summary judgment is due by **April 1, 2022**.  Plaintiff's opposition is due by **April 22, 2022**.  Defendants' reply is due by **April 29, 2022**.  Plaintiff's *Monell* claims are severed and should not be briefed.

**SO ORDERED.**

Date:  March 4, 2022
         New York, NY

                                              **VALERIE CAPRONI**
                                           **United States District Judge**