```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GLEN CARWELL,

                        Plaintiff,

         -against-

CITY OF NEW YORK, CARLOS LOZADA,
and JOHN OR JANE DOE 1-10,

                       Defendants.
-------------------------------------------------------------- X

21-CV-480 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 4, 2022, Plaintiff's counsel agreed to pay Defendants' costs incurred in arranging to take Plaintiff's deposition on January 18, 2022, after which Defendants were required to certify via ECF that they have received payment, *see* Dkt. 37; and

      WHEREAS to date, Defendants have not yet certified payment by Plaintiff's counsel;

      IT IS HEREBY ORDERED that Plaintiff's counsel must either reimburse Defendant for the costs of the aborted deposition by **March 25, 2022**, or, by the same date, show cause why the Court should not order him to do so pursuant to 28 U.S.C. § 1927.

**SO ORDERED.**

**Date: March 14, 2022**
**New York, NY**

                                                    */s/ Valerie Caproni*
                                              **VALERIE CAPRONI**
                                              **United States District Judge**